George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Delton Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Delton Johnson, | ) | Case No.: 3:17-cv-01465-MC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| Nancy Berryhill, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

After considering the Plaintiff's motion for dismissal, it is hereby ORDERED that

dismissal is granted.

IT IS SO ORDERED this __15__ day of __May__, 2018.

_____
UNITED STATES DISTRICT JUDGE